**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NEW YORK EASTERN DISTRICT**

| | |
|---|---|
| ROSALINDA DELVALLE, individually, and on behalf of her minor son, X.D. DELVALLE,<br><br>            Plaintiffs,<br><br><br>                v.<br><br>COMMUNITY            HOUSING INNOVATIONS, INC.,<br><br>            Defendants. | Index No.: 2:23-cv-07877<br><br><br><br>**PLAINTIFF PRO SE AFFIRMATION** |

Plaintiff, Rosalinda DelValle, on behalf of herself, individually, and on behalf of her minor son, X.D. Delvalle, pro se, hereby affirms the following information to be true under the penalties of perjury pursuant to C.P.L.R. Section 2106:

1. I am the Plaintiff pro se in this action, and, as such, I am fully familiar with the facts and circumstances of this case.

2. This action seeks monetary damages for personal injuries sustained by me and my son as a result of defendants' alleged negligence related to the operation, control, supervision, maintenance and management of their premises.

3. As a result of the alleged negligence, Plaintiff son, X.D. DelValle suffered emotional damages and injuries and has been offered $7500.00 in settlement of his claims. As the mother and natural guardian of X DelValle, I accept the sum of $7500.00 in settlement as the highest amount that was offered at this time of settlement. There is also uncertainty as to whether X.D. would recover any greater amount at trial of this action.

4.      No previous application for relief sought herein has been made in any court.

5.      Plaintiff, X DelValle, and myself will not receive any payment other than such

payment as is directed by this Honorable Court in this Compromise Order.

6. My prior attorney, Amanda S. Reynolds, performed work on behalf of Plaintiffs in this case. Most specifically, Ms. Reynolds paid the filing fee and for service of the complaint in the amount of approximately $500.00. Ms. Reynolds has asked that she be awarded $500.00 for costs related to litigation only.

7. I respectfully ask this Court to grant this Compromise Order approving and compromising infant X DelValle's case herein for personal injuries as against the above-named Defendants and to allow for payment of the legal fee to Ms. Reynolds.

8. That, as infant claimant has made a full recovery, and due to concerns about potentially missing school, I respectfully waive his viewing pursuant to CPLR Section 1208(d). However, should this Honorable Court nonetheless determine that a viewing is necessary, I will ensure that he attends.

Dated: Bellport, New York
      May 3, 2024

*Rosalinda DelValle*

          Rosalinda DelValle
          Plaintiff, Pro Se