Rosalinda DelValle
Bellport, New York
Rdelvalle1031@gmail.com
Plaintiff Pro Se


September 28, 2024


VIA CM/ECF
United States District Court
for the Eastern District of New York
East Islip, New York

**<u>Re:  DelValle Report & Recommendation on Settlement</u>**
Case No. 2:23-cv-07877

Dear Judge:

My name is Rosalinda DelValle and I am the plaintiff pro se and the guardian of the infant plaintiff in this action.  I am in receipt of Magistrate Tiscone's July 31, 2024 Report and Recommendation.  Therein, Magistrate Tiscone approved the previously agreed upon settlement as between plaintiffs and the Defendants in this action.  I adopt and approve of this recommendation.

Specifically, Magistrate Tiscone concluded that, "[b]ased on the Court's review of these documents, the Court concludes that the proposed settlement is fair, reasonable, and in the best interests of the infant child. Specifically, the settlement agreement was the product of arms' length negotiations by experienced counsel, is supported by the infant's parent and guardian, and reflects a monetary recovery that is well within the range of likely rewards from continued litigation. In addition, the infant suffered no permanent physical injuries as a result of the alleged conduct by Defendants and has already made a full recovery according to his guardian. The only fees requested are the $500 in costs paid by Plaintiffs' attorney, Amanda Reynolds, consisting of the filing fee and costs for service of the complaint. These costs are reasonable and appropriate to be reimbursed."

I ask that the Court issue the final Infant Compromise Order at its earliest convenience based upon the foregoing recommendation of Magistrate Tiscone.  Thank you for your time and consideration in advance.

Very truly yours,
/s/ *Rosalinda DelValle*
Rosalinda DelValle